UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 08-44581-659 |
| ) | Chapter 7 |
| Visionary Imaging, LLC, ) | |
| ) | |
| Debtor. ) | |

## MOTION OF TRUSTEE TO DEPOSIT UNCLAIMED DISTRIBUTIONS INTO REGISTRY OF COURT

Comes Now A Thomas DeWoskin, Trustee herein, and requests an Order allowing the Trustee to turn over to the Registry of the Court unclaimed distributions in the total amount of $3,152.28. The distribution checks, number 131 to Ltd RJ Riether in the amount of $2,676.42 dated December 30, 2015; and number 133 to Evolved Digital Solutions, Inc. in the amount of $475.86 dated December 30, 2015, have been neither negotiated nor returned to Trustee, and have become stale.

WHEREFORE, Trustee prays for an Order approving his Motion to Deposit Unclaimed Distributions into the Registry of Court.

/s/ A. Thomas DeWoskin
A. Thomas DeWoskin, 25320MO
7701 Forsyth Blvd., Suite 800
St. Louis, Missouri 63105
(314) 726-1000 / (314) 725-6592 (fax)
tdewoskin@dmfirm.com
*Chapter 7 Bankruptcy Trustee*

## CERTIFICATE OF SERVICE

The Notice of Electronic Filing indicates that all necessary parties were served with this document via the Court's CM/ECF system.

/s/ A. Thomas DeWoskin
A. Thomas DeWoskin

Case 08-44581    Doc 309    Filed 05/05/16    Entered 05/05/16 10:11:17    Main Document
Pg 2 of 2